

## NUMBERS 13-11-00785-CR; 13-11-00786-CR; AND 13-11-00791-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

MICKEY BOSWELL, **Appellant,**

**v.**

THE STATE OF TEXAS, **Appellee.**

### On appeal from the 319th District Court of Nueces County, Texas.

## ORDER OF ABATEMENT

### Before Justices Benavides, Perkes, and Longoria
### Order Per Curiam

This cause is before the Court on appellant's unopposed motions to order supplementation of the reporter's records. The reporter's records in these causes were filed on June 26, 2012, and supplemental volumes were filed on August 5, 2013. Appellant has advised this Court that the records do not contain proceedings held from

January 25, 2010 and February 5, 2010.

When a relevant item has been omitted from the reporter's record, the appellate court may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items. *See* TEX. R. APP. P. 34.6(d). Accordingly, appellant's motions to supplement the reporter's records are GRANTED and the appeals are ABATED.

The court reporter of the 319th District Court of Nueces County is directed to prepare supplemental reporter's records in these causes to include proceedings held in cause number 13-11-00785-CR (trial court cause number 09-CR-1082-G) and 13-11-00791-CR (trial court cause number 09-CR-10006-G) from January 25, 2010 and February 5, 2010. The supplemental records shall be filed with this Court within 30 days from the date of this order.

These appeals will be reinstated upon receipt of the supplemental reporter's records and upon further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the
19th day of November, 2013.

2